## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Criminal No.: 1:23-cr-00030** |
| v. | : |
| | : |
| **PHILIP EPPS** | : |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the defendant's Motion for New Trial it is ordered that the within Motion is Granted and a new trial in the above matter be scheduled.

**BY THE COURT**:

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No.: 1:23-cr-00030 |
| v. | : |
| | : |
| **PHILIP EPPS** | : |

**DEFENDANT'S MOTION FOR A NEW TRIAL**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33**

Defendant, PHILIP EPPS, by and through his attorney, ROBERT M. GAMBURG, ESQUIRE, respectfully requests that the Court grant the within motion in this above captioned matter and in support thereof avers the following:

1. On March 13, 2023, Defendant was indicted and charged with, *inter alia,* Possession with the Intent to Distribute of Cocaine Base and Fentanyl in violation of 21 U.S.C. §841(a)(1),(b)(1)(C), Possession of a Firearm by a Felon, in violation of 18 U.S.C. §922(g)(1) and 924(a)(8) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

2. On May 17, 2024, the parties selected a jury.

3. On May 21, 2024 following closing arguments and jury instructions, the jury began to deliberate.

4. At approximately 2:38pm, the jury sent a note to the Court that they were deadlocked.

5. After a discussion with the parties, the Court instructed the jury to continue to deliberate, however the Court did not give the Third Circuit suggested

standard Jury instruction 9.05., but rather the Court fashioned its own charge and basically instructed the jury to continue deliberating until they reached a verdict.

      6.      Counsel for Defendant did not object to the Court's instruction.

      7.      At approximately 4:14pm, the jury returned a verdict of guilty and answered the interrogatories against the defendant in the affirmative.

      8.      The Court's instruction in response to the jury's note indicating they were deadlocked was erroneous and constitutes plain error under the law, in that the Court's language was unduly coercive.

      9.      The coercive nature of the language used constitutes plain error.

      10.      The supplemental instruction was unduly coercive and caused the jury to be improperly influenced to reach a verdict.

      11.      The comments contained in the Comment section following the Third Circuit Suggested Standard Criminal Jury Instructions 9.05 support the conclusion that the defendant is entitled to a new trial.

      12.      The jury instruction requires the granting of a new trial.

WHEREFORE, Defendants prays that this Honorable Court grant the within motion.

      Respectfully submitted,

      /s/
**ROBERT M. GAMBURG, ESQUIRE**
1500 John F. Kennedy Blvd.
Suite 1203
Philadelphia, PA 19102
(215) 567-1486

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 4, 2024, a true and correct copy of the Defendant's Motion in the herein matter was served on the following person, via e-filing, as follows:

**AUSA Samuel S. Frey**
**United States Attorney's Office**
1313 Market Street
P.O. Box 2046
Wilmington, DE 19899-2046
samuel.frey2@usdoj.gov

_____/s/_____
**ROBERT M. GAMBURG, ESQUIRE**
1500 John F. Kennedy Blvd.
Suite 1203
Philadelphia, PA 19102
(215) 567-1486